IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID THEODORE CHUBBUCK,

     Petitioner,　　　　　　　No. CIV S-05-2640 GEB KJM P

  vs.

YATES, Warden, et al.,

     Respondents.　　　　　<u>ORDER</u>

_____/

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

     Petitioner is incarcerated in Fresno County, an area covered by the Fresno Division of this court, and was convicted in Monterey County. Monterey County is in an area embraced by the United States District Court for the Northern District of California.

     As provided by 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined in the Sacramento division of this district, it is not appropriate for this court to entertain the application.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3 and

4     2. This matter is transferred to the United States District Court for the Northern

5 District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

6 DATED: January 9, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

/mp
chub2640.108b